JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE CATO, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>COUNTY OF SAN BERNARDINO, *et al.*,<br><br>                    Defendants. | Case No. 5:20-cv-02602-FWS-SHK<br><br>**JUDGMENT** |

///

///

///

| | |
|---|---|
| 1 | The court held oral argument on the Motion for Summary Judgment ("Motion") |
| 2 | filed by Defendant County of San Bernardino and Defendant Cory McCarthy |
| 3 | (collectively, "Defendants") on May 4, 2023, and thereafter took the Motion under |
| 4 | submission. (Dkt. 92.) After full consideration of the papers, evidence, oral |
| 5 | argument, and authorities submitted by the parties, as well as the briefs and any other |
| 6 | relevant information in the court's files and/or filed with the court in connection with |
| 7 | the Motion, the court issued an order **GRANTING** summary judgment for |
| 8 | Defendants on each of Plaintiff Catherine Cato and Plaintiff Scott Cato (collectively, |
| 9 | "Plaintiffs") claims for excessive force under 42 U.S.C. § 1983, violation of the |
| 10 | Second Amendment, denial of medical care under 42 U.S.C. § 1983, violation of the |
| 11 | right to familial relationship under 42 U.S.C. § 1983, wrongful death, violation of |
| 12 | California Civil Code § 52.1, assault and/or battery, intentional infliction of emotional |
| 13 | distress, and negligence. (Dkt. 149.) Accordingly, the court finds that Defendants are |
| 14 | entitled to judgment as a matter of law on all causes of action and claims asserted |
| 15 | against them in this action. The court has considered Defendants' Proposed Judgment |
| 16 | (Dkt. 150) and has not received any objections by Plaintiffs to Defendants' Proposed |
| 17 | Judgment. (*See generally* Dkt.) |
| 18 | /// |
| 19 | /// |
| 20 | /// |

In accordance with the court's summary judgment Order (Dkt. 149):

1. Final Judgment is entered in favor of Defendants and against Plaintiffs on all claims asserted by Plaintiffs against Defendants.

2. Any motion or application for costs made by Defendants must be filed in compliance with L. R. 54-2, *et seq*.

**IT IS SO ORDERED**.

Dated: August 2, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE